IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY WALKER )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT HOTEL SERVICES, INC. )<br>)<br>    Defendant. ) | Case No. 3:14-cv-02170 |

## NOTICE OF COMPROMISE

COME NOW the Parties, and give notice that they have reached a compromise in this case and are presently finalizing the terms of their agreement. A Notice of Dismissal pursuant to Fed. R. Civ. P. will be filed within 45 days of the date of this notice.

DATED this 3rd day of February, 2015.

                      Respectfully submitted,

                      s/Joshua J. Sudbury
                      Mark E. Stamelos (TN 021021)
                      Joshua J. Sudbury (TN 028162)
                      **FORDHARRISON LLP**
                      150 3rd Avenue South
                      Suite 2010
                      Nashville, Tennessee 37201
                      Telephone: (615) 574-6700
                      Facsimile: (615) 574-6701
                      mstamelos@fordharrison.com
                      jsudbury@fordharrison.com

                      **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon the following via the Court's ECF system this 3rd day of February, 2015, upon:

Christopher Kim Thompson (TN 015895)
Thompson Law Group PLLC
301 South Perimeter Park Drive
Suite 218
Nashville, TN 37211
Telephone: (615) 832-2335
Facsimile: (615) 832-2235
kthompson@tlgpllc.com

                                          s/Joshua J. Sudbury
                                          Counsel for Defendant

WSACTIVELLP:7277836.1