**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| JERRY WALKER | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 3:14-cv-02170 |
| | ) |
| MARRIOTT HOTEL SERVICES, INC. | ) |
| | ) |
|     Defendant. | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

By agreement of the Plaintiff, Jerry Waker and Defendant, Marriott Hotel Services, Inc., this case was resolved and therefore the Parties agree to a dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised:

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Parties shall be responsible for their own costs, fees and expenses.

It is so ORDERED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

PREPARED AND SUBMITTED BY:

s/**Christopher Kim Thompson**
Christopher Kim Thompson (TN 015895)
Thompson Law Group PLLC
301 South Perimeter Park Drive
Suite 218
Nashville, TN 37211
Telephone: (615) 832-2335
Facsimile: (615) 832-2235
kthompson@tlgpllc.com

**COUNSEL FOR PLAINTIFF**


s/**Joshua J. Sudbury**
Mark E. Stamelos (TN 021021)
Joshua J. Sudbury (TN 028162)
FORD & HARRISON LLP
150 3rd Avenue South
Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com
jsudbury@fordharrison.com

**COUNSEL FOR DEFENDANT**


WSACTIVELLP:7365505.1